UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL COVER SHEET



CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2011 JUL 25  P 3: 34

RECEIVED

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. __11-42754 cec__   Adv. Pro. No. (*if applicable*): _____

**Bankruptcy Appeal**

APPELLANTS

Pamela Rodgers

APPELLEES

Robert Tenteromano, Emideo Tenteromano, and Frank Tenteromano

ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.)

ATTORNEYS (IF KNOWN)

#45

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION – 28:1334 Bankruptcy Appeal (*Write brief statement of cause.*)

**It was an abuse of discretion for the court not to allow an adjournment for trial.**

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) **IN DISTRICT COURT**, IF ANY

DISTRICT JUDGE_____   DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐  *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐  *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐  *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: __7/22/11__   Signature of Attorney of Record: *Pamela Rodgers*
[*or Appellant Pro Se*]

**FOR COURT USE ONLY**

APPLYING IFP_____  JUDGE_____  MADJUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)**

Did the cause of action arise in Nassau or Suffolk County? __No__

If YES, please indicate which county: _____

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐ YES
☐ NO

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

☐ YES (If yes, please explain)
☐ NO

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: _____

E-Mail Address: _____

USBC-84 [r.4/10/03]]