**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------x
In re:

Pamela Ann Rodgers.

                                                                  Case No. 11-42754-cec

            Debtor                                     Chapter: 11

-------------------------------x


**TRANSMITTAL OF *INCOMPLETE* RECORD ON APPEAL**


**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by **Pamela Ann Rodgers, Pro Se on July 25, 2011.**

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8007(b):

    1. **Notice of Appeal dated July 22, 2011.**
    2. **Order Granting Relief from Stay by Robert Tenteromano**
    3. **Civil Cover Sheet**


                                                   **Robert A Gavin, Jr., Clerk of Court**

                                                   **By:**   *S/ A Dobson*
                                                              **Appeals Clerk**

Dated: Brooklyn, New York
       September 13, 2011