UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

PAMELA RODGERS                                    Case No. 11-42754 (CEC)
                                                  Chapter 11
                              Debtor,

----------------------------------------------------------x

## ORDER GRANTING CREDITORS' MOTION TO LIFT THE
## AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)

WHEREAS, on April 1, 2011, Pamela Rodgers (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code; and

WHEREAS, on May 3, 2011, creditor Robert Tenteromano, as Executor of the Estate of Emideo Tenteromano, and Frank Tenteromano  (the "Creditors") filed a motion (the "Lift Stay Motion") for an order, pursuant to 11 U.S.C. § 362(d), seeking relief from the automatic stay to allow the Creditors to enforce their rights and remedies as to the property located at 33 Vanderbilt Avenue, Brooklyn, New York, 11205 (Block 1872; & Lot 9)(the "Property"), including to allow the Creditors' to enforce their rights as to the Property, including the continuation and completion of the foreclosure action against the Property entitled: Tenteromano, et. al., v. Rodgers, et. al., Index No. 463/07 (Sup. Ct. Kings Co.)(the "Foreclosure Action"), and the foreclosure and sale of the Property (ECF Doc No. 21); *and (CEC)*

WHEREAS, a hearing on the Lift Stay Motion was held on May 18, 2011; *and (CEC)*

WHEREAS, at the conclusion of the hearing, the Court scheduled an Evidentiary Hearing on the Lift Stay Motion for June 22, 2011 at 11:00 a.m., set forth various deadlines for the submission of supplemental and response papers and ruled that the parties could submit direct testimony by affidavit;  *and (CEC)*

WHEREAS, on June 3, 2011, the Court issued a Scheduling Order, which, among other things, confirmed the Evidentiary Hearing for June 22, 2011 at 11:00 a.m. and various deadlines for the submission of supplemental and response papers;  *and (CEC)*

WHEREAS, an Evidentiary Hearing was held on June 22, 2011;

NOW, upon the Creditors' Lift Stay Motion and the Creditors' various reply, supplemental and response papers submitted in support thereof (ECF Doc. Nos. 27, 36, 37 & 39); the Debtor's various papers submitted in opposition to the Lift Stay Motion (ECF Doc No.'s 26, 30, 39 & 41); and upon the entire record of this case ~~and the Debtor's four (4) prior bankruptcy cases (Case No.'s 09-44663, 09-46865, 09-48299 and 11-40177)~~ **_(CEC)_**; and upon the reasons set forth on the record of the Evidentiary Hearing held on June 22, 2011, it is

ORDERED, that the Creditors' Lift Stay Motion is granted and the automatic stay under 11 U.S.C. § 362(a) is terminated under 11 U.S.C. § 362(d)**_(1) and (2) (CEC)_** ~~as to the Creditors' interest in the Property~~ to allow the Creditors to enforce their rights and remedies **_available to them under applicable state law with respect (CEC)_**~~in and~~ to the Property~~, including to continue and complete the Foreclosure Action and the foreclosure and sale of the Property.~~ **_(CEC)_**



Dated: Brooklyn, New York
      July 5, 2011

_____
      **Carla E. Craig**
    **United States Bankruptcy Judge**