UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X     NOTICE OF DOCKETING
                                                                                BANKRUPTCY APPEAL

**Appellant(s)**

                                                              U.S.D.C. Case No.:

-v-

                                                              U.S. Bankruptcy Court
                                                              Case No.:

**Appellee(s)**
-------------------------------------------------------X

     In accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on _____ of an appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after _____

     This proceeding has been assigned to the **HONORABLE** _____ , United States District Judge.  Please indicate the assigned judge and the District Court case number on all papers being submitted to the court.  Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules and/or the Individual Judge's Court Rules.

Dated: Brooklyn, NY 11201                                    DOUGLAS C. PALMER
                                                                                    Clerk of the Court

                                                                          By: _____
                                                                                              , Deputy Clerk

Notice mailed to all parties to the order,
judgment or decree appealed from who will
not be receiving electronic notice as listed
herein:

See attached sheet: